JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND CALLOWAY, | Case No. CV 15-1742-DOC (JEM) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| SANDRA ALFARO, Warden, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: August 31, 2017

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE